```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 19806
   DOROTHY A LARKIN
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

       Debtor
   SSN XXX-XX-2932


-----------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------
    The case was filed on 10/25/2007 and was not confirmed.

    The case was dismissed without confirmation 03/05/2008.
-----------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                              PAID           PAID
-----------------------------------------------------------------------------
LITTON LOAN SERVICING      CURRENT MORTG          .00          .00            .00
LITTON LOAN SERVICING      MORTGAGE ARRE     19004.86          .00            .00
SPRINT BANKRUPTCY          UNSECURED          2049.63          .00            .00
WACHOVIA DEALER SERVICES   UNSECURED         11305.76          .00            .00
LITTON LOAN SERVICING      CURRENT MORTG          .00          .00            .00
LITTON LOAN SERVICING      MORTGAGE ARRE      8094.82          .00            .00
AMERICAN EXPRESS BANK      UNSECURED          2033.69          .00            .00
AMERICAN EXPRESS CENTURI   UNSECURED           547.13          .00            .00
CITY OF CHICAGO            UNSECURED        NOT FILED          .00            .00
DELL FINANCIAL SERVICES    UNSECURED          1302.27          .00            .00
DIVERSIFIED CONSULTANTS    UNSECURED        NOT FILED          .00            .00
ROUNDUP FUNDING LLC        UNSECURED          1735.37          .00            .00
ECMC                       UNSECURED          4464.35          .00            .00
FIFTH THIRD BANK           UNSECURED         41945.82          .00            .00
DELL FINANCIAL SERVICES    SECURED NOT I       200.00          .00            .00
ROUNDUP FUNDING LLC        UNSECURED          1757.31          .00            .00
ECAST SETTLEMENT CORP      UNSECURED          2964.96          .00            .00
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY        3,331.50                        .00
TOM VAUGHN                 TRUSTEE                                            .00
DEBTOR REFUND              REFUND                                             .00

        Summary of Receipts and Disbursements:
-----------------------------------------------------------------------------
                         RECEIPTS              DISBURSEMENTS
-----------------------------------------------------------------------------
TRUSTEE                         .00

PRIORITY                                              .00
SECURED                                               .00
UNSECURED                                             .00
ADMINISTRATIVE                                        .00
TRUSTEE COMPENSATION                                  .00
DEBTOR REFUND                                         .00
                         --------------        --------------
TOTALS                          .00                   .00
```

                PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 19806 DOROTHY A LARKIN

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 06/25/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE

PAGE  2
CASE NO. 07 B 19806 DOROTHY A LARKIN